UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------

**In re: Judicial Notice for Personal Safety**

**and Evidence Preservation of**

**STEVEN CHARLES MARKS,**

**Petitioner.**

-----------------------------------------------

**Misc. No.** _____

# I.  INTRODUCTION

1. In November 2025, President Donald J. Trump publicly directed the U.S. Department of Justice to investigate convicted sex offender Jeffrey Epstein's historical financial network, including his ties to Harvard University, J.P. Morgan Chase, and certain hedge funds that have long enabled trafficking-related crimes.

2. I am a Harvard Business School graduate. While I was a first-year student at Harvard, I was introduced to Strauss Zelnick, the Chairman and Chief Executive Officer of Take-Two Interactive Software, Inc., through the Harvard alumni network (see Exhibit A). Shortly after that introduction, Mr. Zelnick used that Harvard relationship to recruit me into what I was told would be a legitimate private-equity style partnership run through his family "merchant bank," Belzberg & Co., and related entities.

3. As detailed in the attached exhibits, the entities and structures Mr. Zelnick and his partners used to recruit me and move my assets banked at JPMorgan Chase, including Chase business accounts opened with false ownership information and credit lines personally guaranteed in my name without my consent (see Exhibits N, O, and U). Those banking relationships and structures are squarely within the scope of the Epstein-related review President Trump described: Harvard-connected relationships, hedge-fund style vehicles, and JPMorgan Chase accounts being used to facilitate and conceal abusive conduct.

4. This Judicial Notice arises after I was: (1) recruited out of Harvard Business School by Mr. Zelnick and his Belzberg partners; (2) fraudulently induced to transfer 100% of my financial assets into Chase Bank accounts that they controlled; (3) sexually coerced and pressured through a so-called "wellness" workout group called "The Program"; and (4) targeted in a three-year campaign of retaliation, asset theft, extortion, and false litigation after I rejected Mr. Zelnick's

advances and began uncovering drug-trafficking and financial crimes in the businesses they placed me into.

5. This Judicial Notice is not intended to litigate the merits of my civil claims. Its purpose is to protect my safety and freedom by creating a contemporaneous federal record that: (a) I met Strauss Zelnick in the context of Harvard; (b) he and his partners used JPMorgan Chase accounts and structures to seize my assets; and (c) their conduct fits within the category of conduct President Trump has asked the Justice Department to review.

## II. PURPOSE OF THIS FILING

This Judicial Notice is submitted in order to:

6. Create a contemporaneous federal record documenting threats, coercion, extortion, identity theft, and financial retaliation taken against me;

7. Place the Court on notice that I am a whistleblower and potential witness concerning ongoing or potential federal criminal investigations;

8. Preserve evidence that has already been provided to federal authorities via an IC3/FBI complaint filed on September 12, 2022;

9. Deter attempts to harm, intimidate, or frame me by making clear that any such acts would constitute obstruction of justice under 18 U.S.C. §§ 1503, 1512, and 1513; and

10. Ensure that if any harm befalls me, there is a clear, sworn record identifying those who may be responsible and documenting the existing pattern of retaliation.

## III. PURPOSE OF THIS FILING

11. Beginning in 2021 and continuing through 2025, I have experienced the following:

A. **Explicit Threats to My Safety**

12. On or about September 12th, 2022, Strauss Zelnick threatened me in substance by Facetiming me to tell me that I "did not know who his family was". This came following other Take-Two or Belzberg employees telling me that for $500,000 they could litigate me into silence or result in me "disappearing."

B. **Forced Takeover of My Business and Theft of All My Assets**

13. Contemporaneously with those threats, a coordinated group of Zelnick and Take-Two or Belzberg employees named Jason Van Itallie, John "Billy" Raiford, Alex Katchadurian and Marcus Rogers, with the assistance of law firms Jones Day, Kelley Drye & Warren and Morris Nichols executed a pre-planned takeover of my company and all my assets. As detailed in Exhibit R, their own handwritten notes and sworn declarations show a scheduled "trigger" to cut off my access to all company software systems; plans to bring armed security to facilities; instructions to change locks and physically bar me from the premises; and scripts to inform employees – falsely – that I was no longer with the Company and that I had committed crimes.

C. **Drug-Trafficking Exposure**

14. I quickly discovered that "Box City", a chain and packaging and shipping stores that Zelnick insists he contributed to our Joint Venture, was actively being used to ship controlled substances and provide masking addresses for traffickers. Shortly after I raised these concerns to Zelnick and his subordinates (Exhibits G and H), federal agencies issued Department of Homeland Security / ICE Controlled Substance Enforcement Subpoenas and UPS cease-and-desist letters identifying all Box City locations as shipping unauthorized drugs and vapes, with prior history from 2020 and 2021, all addressed to an individual the defendants had placed in

nominal ownership, Alex Katchadurian (Exhibit I). Rather than halt these activities, the enterprise concealed them and then moved to seize full control of Box City while removing me.

### D. Financial and Digital Identity Theft

15. The same individuals opened and controlled all bank accounts in the names of Kairos Industries LLC, Kairos Packaging LLC, and Kairos Tooling LLC using their own employees as "sole members" and authorized signers, while falsely representing to me that I owned 50% and was CEO (Exhibits J and N). They altered DocuSign envelopes after I had signed and used my captured signature to create a fake "executed" Asset Transfer Agreement that they themselves never signed (Exhibits K and L); opened a JPMorgan Chase business credit card by telling the bank that I would personally guarantee the card without my knowledge or consent (Exhibit U); and diverted funds from a properly established account at another bank (Brex) into Chase accounts that excluded me (Exhibit O).

### E. Extortion and Threats of Bankruptcy

16. Beginning September 29, 2022, Kelley Drye partner Michael C. Lynch issued letters that falsely "confirmed" a resignation as CEO that I never tendered; demanded that I deposit all cash belonging to the Company into a Chase account controlled by Mr. Zelnick's group; and threatened that if I did not comply, Kairos Tooling would be unable to make payroll and "bankruptcy [would] likely follow" (Exhibit S). These letters attempted to force me to surrender control of my companies and to silence my concerns under threat of financial destruction.

### F. Retaliatory Litigation and False Narrative

17. After I refused their coercive terms, the enterprise filed a Verified Amended Complaint in the Delaware Court of Chancery accusing me of the very misconduct they themselves had

committed—fraud, mismanagement, asset diversion, and instability—relying on altered contracts, false ownership descriptions, and omissions of their Epstein and drug-trafficking connections (Exhibit Z).

### G. Retaliatory Litigation and False Narrative

18. On September 12, 2022, the day after Mr. Zelnick's threat, I filed a detailed complaint with the Internet Crime Complaint Center (IC3), describing altered DocuSign envelopes; forged signatures; false corporate and banking filings; diversion of funds; installation of a false CEO (Sam Khoury); and identity theft on vehicle leases and other instruments (Exhibit T). That complaint predates the Delaware litigation and corroborates that my account of these events has been consistent from the beginning.

## IV. LEGAL FRAMEWORK FOR THIS NOTICE

19. Although I am not initiating a full civil action in this filing, I submit this Judicial Notice under 18 U.S.C. § 1512 (tampering with a witness, victim, or informant); 18 U.S.C. § 1513 (retaliation against a witness, victim, or informant); 18 U.S.C. § 1503 (obstruction of justice); 18 U.S.C. §§ 241–242 (conspiracy against rights and deprivation of rights); and the Court's inherent power to protect the integrity of proceedings and of related federal investigations.

20. By placing this sworn statement on the public docket, I seek to formally identify myself as a witness and victim, and to ensure that any further threats, attempts to fabricate charges against me, or unexplained harm are recognized as potential obstruction and retaliation.

## V. STATEMENT FOR PERSONAL SAFETY

21. Given the direct verbal threat by Strauss Zelnick that I could "disappear"; the enterprise's use of armed security and coordinated lockouts; their control over corporate registrations, bank

accounts, and credit in my name; their documented willingness to forge my signature, misrepresent ownership to banks, and conceal ongoing drug-trafficking investigations; and their historical pattern of ousting founders and then distancing themselves while the founder bears the consequences (as in Bennett Environmental and Take-Two Interactive, Exhibits V and W), I have a reasonable and well-founded fear that I may be falsely accused of crimes, involuntarily confined or subjected to staged "mental health" or "drug" narratives, or physically harmed or killed in a way that might be presented as an accident, overdose, or suicide.

22. For the avoidance of doubt, I affirm that I have no intention of harming myself. Any sudden or unexplained harm to me should be treated as a matter of immediate federal concern involving the individuals and entities identified in the attached exhibits.

## VI. INCORPORATION OF EXHIBITS

23. I incorporate by reference the documents attached as Exhibits **A through Z** (including Exhibit C-1), which are true and correct copies of materials I obtained or received in the ordinary course of my dealings with the defendants and related third parties. These exhibits collectively show the formation and structure of the Belzberg/Zelnick enterprise, the misconduct at issue, and my contemporaneous efforts to report and resist it. They include, without limitation:

- **Exhibits A and B**, which show how I was recruited into this relationship through Harvard Business School and introduced by Strauss Zelnick to key Belzberg & Co. personnel, including Jason Van Itallie and John "Billy" Raiford.

- **Exhibits C and C-1**, consisting of the SEC Form D for Second City Capital Partners identifying The C.O.U.Q. Foundation, Inc. as a related person, and the C.O.U.Q. Foundation's 2007 Form 990-PF and assignment documents showing Jeffrey Epstein as

president of the foundation and documenting payments to, and the transfer of a limited partnership interest in, Second City Capital Partners I, L.P.

- **Exhibit D**, describing Samuel Belzberg's background as a corporate raider and head of Gibralt Capital and Second City funds.

- **Exhibit E**, which contains messages from Strauss Zelnick inviting me into his "Program" workouts and repeatedly suggesting that I shower at his residences or hotel after workouts.

- **Exhibits F, G, H, and I**, which show my early warnings about drug-trafficking activity at Box City, the internal reactions of Jason Van Itallie and Billy Raiford, and the subsequent Homeland Security/ICE subpoenas and UPS enforcement letter directed at Box City locations and at "Box City #7 – Alex Katchadurian."

- **Exhibit J**, which consists of IRS EIN filings and Delaware formation documents showing that Belzberg employees (Raiford and Katchadurian) were listed as "sole members" of the Kairos entities and that Jason Van Itallie signed as authorized individual, while I was excluded from ownership.

- **Exhibits K and L**, which document the transmission of my executed signature pages for the Asset Transfer Agreement and Unsecured Note and the subsequent DocuSign audit trail showing that Jones Day altered the envelope after I signed, resent it to Jason Van Itallie, and obtained his signature on a different version I never saw.

- **Exhibit M**, containing text messages in which Strauss Zelnick directs staffing, payroll, and governance matters while simultaneously reassuring me that I am the "senior partner" and "the boss," even though I had been excluded from formal ownership and bank authority.

- **Exhibit N**, which is the First Republic Bank email chain in which Belzberg personnel state that Bel-Fran Capital, Inc. is the 100% owner of Kairos Industries LLC and its subsidiaries, that the entities are "one-member LLCs," and that only Jason, Ryan, and Neill will be signers on the accounts.

- **Exhibit O**, which contains my communications with JPMorgan Chase about fraudulent ownership and stolen assets, along with the Chase Core Signer Authorization form listing only Jason Van Itallie and Ryan Chan as managing officers for Kairos Industries LLC and related entities.

- **Exhibit P**, which shows Billy Raiford admitting that Box City generated $289,000 of revenue in the first eight days of operations while federal and California K-1s filed in my name report only $114,309 of revenue and a corresponding loss.

- **Exhibit Q**, which consists of employee testimony describing DEA/FBI raids at Box City, seizure of a manager's life savings, the Belzberg/Zelnick takeover of Kairos Tooling using an interim CEO and security, bounced paychecks, health insurance cutoffs, and calls to police when I attempted to return.

- **Exhibit R**, which is John "Billy" Raiford's sworn declaration and accompanying notebook pages laying out the step-by-step plan, drafted with Kelley Drye, to "pull the trigger," cut off my access to systems, install an interim CEO, use security and lock changes, and script messaging that I was "no longer with" the company.

- **Exhibit S**, containing three letters from Kelley Drye partner Michael Lynch that fabricate my "resignation," accuse me of erratic conduct, and demand that I transfer all cash and receivables into Chase accounts controlled by the Belzberg/Zelnick side under threat of bankruptcy and further litigation.

- **Exhibit T**, my September 12, 2022 IC3/FBI complaint, which predates the Delaware litigation and shows that I reported the forged contracts, false ownership, digital tampering, and takeover while these events were unfolding.

- **Exhibit U**, which consists of Chase correspondence in which Belzberg employee Alex Katchadurian tells the bank that I am "going to personally guarantee" a business credit card and asks for immediate issuance, without my knowledge or consent.

- **Exhibit V**, which documents the Bennett Environmental transaction, including Second City Capital Partners' minority stake, Sam Belzberg's boardroom coup, and the subsequent DOJ prosecution of Bennett's CEO for kickback and fraud schemes.

- **Exhibit W**, which describes the 2007 investor revolt at Take-Two Interactive that installed Strauss Zelnick as chairman and sought to replace senior management, and includes the obituary of founder Ryan Ashley Brant, who later died at age 47.

- **Exhibit X**, which is the January 12, 2023 Verified Amended Complaint filed in the Delaware Court of Chancery by B&C SMB, LP and related entities against me and my companies, alleging fraud and mismanagement based on the altered contracts and ownership structure described and rebutted in the preceding exhibits.

- **Exhibit Y**, which consists of materials relating to Michael Sheresky, a director of Take-Two Interactive, including his public board biography and 2019–2023 text messages and correspondence with me and his counsel regarding approximately $600,000 in high-interest "loans," proposed conversion of that debt into equity "on the same terms as Strauss is getting," and discussion of identifying and using my and Kairos's assets as collateral security for his claims.

- **Exhibit Z**, which contains March 2024 text messages between me and a Harvard/Harvard Club of New York officer stating that my description of Strauss Zelnick's conduct with hotel rooms and nudity matches complaints from other members, that HCNY/Harvard would like to hear from those members, and that the officer has notified the University and scheduled a call with the Harvard Alumni Association.

These exhibits are attached to this Judicial Notice or will be provided to the Court upon request.

## VII. REQUEST TO THE CLERK OF THE COURT

24. I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

25. I respectfully request that the Court:

(1) Direct the Clerk to accept this Judicial Notice for filing and assign it a miscellaneous case number

(2) Ensure that the exhibits identified herein are preserved as part of the record; and

(3) Provide notice of the case number to me at the email address listed above

26. I am not, by this filing, asking the Court to adjudicate any civil claims or to enter any specific form of affirmative relief on the merits, and I expressly reserve all substantive rights and remedies.

27. I respectfully ask, however, that the Court take whatever additional steps it deems appropriate to protect my safety and the integrity of these proceedings, including, if warranted, any referrals to other courts or authorities or the issuance of any protective orders within its power.

Dated: November 30, 2025

Respectfully Submitted,

*[signature]*

Steven Marks
Email: stevencharlesmarks@gmail.com
Tel: (310) 850-9008