```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/13/2026
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                     :
In re JUDICIAL NOTICE FOR PERSONAL     :
SAFETY AND EVIDENCE PRESERVATION  :
OF STEVEN CHARLES MARKS,         :            1:25-mc-561-GHW
                                       :
                       Petitioner. :           ORDER
                                       :
-------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

On December 2, 2025, Steven Charles Marks ("Petitioner") filed a document styled as a "Judicial Notice for Personal Safety and Evidence Preservation." Dkt. No. 1. The purpose of the notice seems to be to place an assortment of documents on the public docket of this Court. Mr. Marks does not "[ask] the Court to adjudicate any civil claims or to enter any specific form of affirmative relief on the merits[.]" *Id.* ¶ 26. He asks "that the Court take whatever steps it deems appropriate to protect my safety and the integrity of these proceedings, including, if warranted, any referrals to other courts or authorities or the issuance of any protective orders within its power." *Id.* ¶ 27. The Court will not take any such action in response to Mr. Marks's submission. Should Mr. Marks seek a response from a law enforcement agency, he may request it of them directly.

The Clerk of Court is directed to terminate all pending motions and to close this case.

SO ORDERED.

Dated: January 13, 2026
      New York, New York

                                               _____
                                            GREGORY H. WOODS
                                      United States District Judge